1
2
3
4
5          UNITED STATES DISTRICT COURT
6          EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  In Re: | NO: CV-12-667-RMP |
| 8  LLS AMERICA, LLC, | Bankr. Case No. 09-06194-PCW11 |
| 9            Debtor, | |
| 10 BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adv. Proc. No. 11-80120-PCW11 |
| 11 | ORDER DISMISSING CASE WITH PREJUICE |
| 12           Plaintiff, | |
| 13 v. | |
| 14 JOHN SCHNEIDER, | |
| 15           Defendant. | |

Pursuant to the Order Granting Stipulation of Dismissal of Defendant entered in the Bankruptcy Court on May 14, 2013, in case number 09-06194-PCW11, adversary number 11-80120, this Court hereby dismisses this case with

ORDER DISMISSING CASE WITH PREJUICE ~ 1

1   prejudice and without costs to either party.  Any pending motions are denied as

2   moot, and any pending court dates are hereby stricken.

3   **IT IS SO ORDERED**.

4   The District Court Clerk is hereby directed to enter this Order and to provide

5   copies to counsel.

6   **DATED** this 16th day of August 2013.

7

8                                            *s/ Rosanna Malouf Peterson*
                                              ROSANNA MALOUF PETERSON
9                                            Chief United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING CASE WITH PREJUICE ~ 2